AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

| | |
|---|---|
| Keith Thomas <br> *Plaintiff(s)* <br> v. <br> Select Portfolio Servicing Inc., et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:22-CV-0272 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Select Portfolio Servicing, Inc. By and Through
Their Registered Agent
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Keith Thomas
P.O. Box 960242
Riverdale, GA 30296

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
CLERK OF COURT

Date: JAN 24 2022

S. Byn
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 26 2022

KEVIN P. WEIMER, Clerk
By: [signature] Clerk

This summons for *(name of individual and title, if any)* Select Portfolio Servicing Inc
was received by me on *(date)* 1-24-2022.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Alisha M. Smith CSC Coordinator, who is
designated by law to accept service of process on behalf of *(name of organization)* CORPORATION
Service Company - authorized Registered Agent for Select Portfolio Sv. Inc. on *(date)* 1-24-2022 1315 HRS ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 100.00 for travel and $ 50.00 for services, for a total of $ 150.00 ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: 1-24-2022

[signature]
Server's signature

Collucci J. Myers
Printed name and title

12661 Simmons Road
Hampton, GA 30228
Server's address

404-987-9861

Additional information regarding attempted service, etc: