AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 26 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* __DLJ Mortgage Capital, Inc.__
was received by me on *(date)* __1-24-2022__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Alisha M. Smith  CSC Coordinator__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Corporation
Service Company - Authorized Registered__ on *(date)* __1-24-2022__ ; or
__Agent for DLJ Mortgage Capital, Inc @ 1315 Hrs__

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __100.00__ for travel and $ __50.00__ for services, for a total of $ __150.00__.

I declare under penalty of perjury that this information is true.

Date: __1-24-2022__

_____Collucci J M_____
Server's signature

__Collucci J. Myers__
Printed name and title

__12661 Simmons Road__
__Hampton, GA 30228__
Server's address

__404-987-9861__

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

| | |
|---|---|
| Keith Thomas <br> _Plaintiff(s)_ <br> v. <br> Select Portfolio Servicing, Inc <br> And <br> DLJ Mortgage Capital, Inc. <br> _Defendant(s)_ | Civil Action No. 1:22-CV-0272 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

DLJ Mortgage Capital, Inc. By and Through
Their Registered Agent
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith Thomas
P.O. Box 960242
Riverdale, GA 30296

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
CLERK OF COURT

Date: JAN 24 2022

_Signature of Clerk or Deputy Clerk_