IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH THOMAS,<br><br>     Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC. and DLJ MORTGAGE CAPITAL, INC.,<br><br>     Defendants. | Case No. 1:22-cv-00272-WMR |

## **MOTION TO SET HEARING**

COME NOW, Select Portfolio Servicing, Inc. ("SPS") and DLJ Mortgage Capital, Inc. ("DLJ") (sometimes collectively referred to as "Defendants"), and file this Motion to Set a Hearing on their Motion to Dismiss, filed on February 2, 2022. In support of this Motion, the Defendants state as follows:

1. The Plaintiff currently has two related cases pending before this Court, the other being Case No. 1:21-cv-03369-WMR ("*Thomas IV*").

2. In *Thomas IV*, the allegations are nearly identical to those raised here, and the Plaintiff has moved to add SPS and DLJ as defendants in that case. *See Thomas IV* at [Doc. 29].

1

3. This Court has scheduled a hearing on the pending Motions to Dismiss in *Thomas IV* for March 3, 2022, at 3:00 p.m. *See id.* at [Doc. 28].

4. To streamline proceedings in the instant case and *Thomas IV*, SPS and DLJ request that their Motion to Dismiss be heard together with the Motions to Dismiss in *Thomas IV* on March 3.

5. The undersigned serves as counsel for Rubin Lublin, LLC in *Thomas IV* and will be fully participating in the hearing. As such, allowing the Motion to Dismiss in this case to be heard on March 3 will not involve the addition of any attorneys. Furthermore, the issues raised in SPS and DLJ's Motion to Dismiss are largely the same as those before the Court in the *Thomas IV* motions.

6. SPS and DLJ recognize that their reply brief will be due after the hearing date, but if this Court agrees to hear the Motion to Dismiss on March 3, they agree that any reply brief must be filed prior to March 3, notwithstanding this Court's local rules.

WHEREFORE, Defendants respectfully pray for relief as follows:

1) That this Court schedule a hearing on their Motion to Dismiss for March 3, 2022, at 3:00 p.m.; and

2) For such other relief that this Court deems just and proper.

Respectfully submitted, this 2nd day of February, 2022.

                                 */s/ Bret J. Chaness*
                                 BRET J. CHANESS (GA Bar No. 720572)
                                 **RUBIN LUBLIN, LLC**
                                 3145 Avalon Ridge Place, Suite 100
                                 Peachtree Corners, GA 30071
                                 (678) 281-2730 (Telephone)
                                 (470) 508-9203 (Facsimile)
                                 bchaness@rlselaw.com

                                 *Attorney for Select Portfolio Servicing, Inc.*
                                 *and DLJ Mortgage Capital, Inc.*

## FONT CERTIFICATION

The undersigned counsel hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

Respectfully submitted, this 2nd day of February, 2022.

/s/ *Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 2nd day of February, 2022, served all parties in this matter with the within and foregoing placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Keith Thomas
P.O. Box 960242
Riverdale, GA 30296

                                              */s/ Bret J. Chaness*
                                              BRET J. CHANESS (GA Bar No. 720572)